| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ET AL<br><br>V.<br><br>TEODORO SHULTERBRON, ET AL | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Docket/Index # 07 CIV 6529<br><br>**Affidavit of Service** |

State of New Jersey  
                      SS:  
County of Bergen

I, **NOEL B. GLASTEIN** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on **August 7, 2007 at 7:07 AM**, deponent served the within named **SUMMONS, COMPLAINT, RULE 7.1, AND INDIVIDUAL JUDGES RULE** upon **TEODORO SHULTERBRON**. Said service was effected at **49 HARING STREET, BERGENFIELD, NJ 07621**, in the following manner;

By delivering thereat a true copy of each to **LUZ SHULTERBRON, SPOUSE**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was **TEODORO SHULTERBRON's** dwelling place or usual place of abode and their reply was affirmative.

On **08/07/07** Deponent enclosed a copy of same in a postpaid sealed envelope properly addressed to **TEODORO SHULTERBRON** at his/her last known address at **49 HARING STREET, BERGENFIELD, NJ 07621** and deposited said envelope in a post office of the United States Postal Service within the State of New Jersey. Said envelope was marked personal and confidential.

**LUZ SHULTERBRON** is described to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female** Skin Color: **Brown** Hair: **Black** Age(Approx): **40** Ht.(Approx): **5' 7"** Wt.(Approx): **140-150 lbs**

I **NOEL B. GLASTEIN** asked, whether **TEODORO SHULTERBRON** was in the military service of the State or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, deponent avers that **TEODORO SHULTERBRON** is not in the military service of the State or the United States as that term is defined in the statues of the State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on August 7, 2007

*/s/ Donna Jean Arciuolo*  
DONNA JEAN ARCIUOLO  
NOTARY PUBLIC OF NEW JERSEY  
My Commission Expires 1/27/07

*/s/ Noel B. Glastein*  
NOEL B. GLASTEIN, Process Server  
Mountain Support Services, Inc.  
1 Terrace Hill  
P.O. Box 615  
Ellenville, NY 12428  
845-647-7782

CLS # 34386

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program,
Plaintiff.

V.

TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR, and THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR,
Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **07 CIV 6529 JUDGE KOELTL**

TO: (Name and address of defendant)

TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR
49 Haring Street
Bergenfield, New Jersey 07621-2047

Our File No. 07-4-S25

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

ver to the complaint which is herewith served upon you, within _____TWENTY (20)_____ days after service of this
ns upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
ef demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
after service.

J. MICHAEL McMAHON                                                  JUL 1 9 2007

_Marios Quintero_                                        DATE

EPUTY CLERK