# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #: 07CIV6529                                   Purchased/Filed: July 19, 2007
STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

---

*J & J Sports Productions, Inc., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program*                                                                                   Plaintiff

against

*Teodoro Shulterbron, individually, and as officer, director, shareholder and/or principal of Think Inc. d/b/a Theo's Think Inc., et al*                                                   Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY      SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____August 8, 2007____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case, Rule 7.1 and Complaint

on

_____Think Ink Inc. sha Think Inc._____, the

Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __23__    Approx. Wt: __160__    Approx. Ht: __5'9"__
Color of skin: __White__    Hair color: __Blonde__    Sex: __F__    Other: _____

Sworn to before me on this

__14th__ day of _____August, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0706517

*SERVICO, INC. - PO Box 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program.
           Plaintiff.

V.

TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR, and THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR,
           Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**'07 CIV 6529 JUDGE KOELTL**

TO: (Name and address of defendant)

THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR
374 East 204th Street
Bronx, New York  10467     Our File No. 07-4-S25

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845)647-8500

ver to the complaint which is herewith served upon you, within _____ TWENTY (20) _____ days after service of this
ns upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
ef demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
after service.

J. MICHAEL McMAHON

_____
DATE

JUL 19 2007

_Marios Quintero_ (signature)

EPUTY CLERK