ECF CASE
JUDGE KOELTL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                       Plaintiff,

-against-

TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR,

and

THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR,
                       Defendants.
-----------------------------------------------------------------

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
Civil Action No. 07-CV-6529-JGK-KNF
HON. JOHN G. KOELTL

TO:    J. MICHAEL McMAHON, CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following Defendants:

**TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR, and THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR,** pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

-2-

| | |
|---|---|
| Dated: September 11, 2007<br>Ellenville, New York | LONSTEIN LAW OFFICE, P.C.<br><br>By: /s/ Julie Cohen Lonstein<br>Julie Cohen Lonstein<br>Bar Roll No. JL8512<br>Attorney for Plaintiff<br>1 Terrace Hill; PO Box 351<br>Ellenville, NY 12428<br>Telephone: 845-647-8500<br>Facsimile: 845-647-6277 |

-2-