ECF CASE
JUDGE KOELTL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,
                              Plaintiff,
   -against-

TEODORO SHULTERBRON, Individually, and as
officer, director, shareholder and/or principal of
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,

and

THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR
                              Defendants.
-------------------------------------------------------------

**AFFIDAVIT IN SUPPORT OF
REQUEST FOR DEFAULT**
Civil Action No. 07-CV-6529-JGK-KNF
HON. JOHN G. KOELTL

STATE OF NEW YORK :
                  : SS.:
COUNTY OF ULSTER  :

      JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

      1. That I am the attorney for plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

      2.    This action was commenced pursuant to 47 U.S.C. §605, *et seq*. A copy of the Summons and Complaint was served on Defendant, **TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR,** as set forth in the proof of service by Noel B. Glastein, ECF Document No. 3 **and THINK INC. d/b/a THEO'S THINK**

**INC. SPORTS a/k/a THEO'S SPORTS BAR,** as set forth in the proof of service by Jessica Miller, ECF Document number 4.

3. The time within which any of the Defendants may answer or otherwise move with respect to the Complaint herein has expired. Defendants **TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR, and THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR,** have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

4. Said Defendant(s) are not infants or incompetents. Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff **J & J SPORTS PRODUCTIONS, INC.,** requests that the default of the Defendant(s) **TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR, and THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR,** be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: September 11, 2007
       Ellenville, NY 12428              /S/ Julie Cohen Lonstein
                                                   Julie Cohen Lonstein

Sworn to before me this 11th             Bar Roll No. JL8512
day of September, 2007

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*