ECF CASE
JUDGE KOELTL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18, 2004
DeLaHoya/Hopkins**, Program**.**

                        Plaintiff,

      -against-

TEODORO SHULTERBRON, Individually, and as
officer, director, shareholder and/or principal of
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,

and

THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR
                        Defendants
-------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No. 07-CV-6529-JGK-KNF
HON. JOHN G. KOELTL

      The undersigned certifies that on the 11th day of September, 2007 your deponent served the following documents by regular mail:

    1) Request for Default
    2) Affidavit in Support of Request for Default
    3) Clerk's Certificate

on the following:

Teodoro Shulterbron
49 Haring Street
Bergenfield, NJ 07621-2047

Think Inc.
374 E. 204th Street
Bronx, NY 10467

                                        /s/ Julie Cohen Lonstein
                                        Julie Cohen Lonstein