ECF CASE
JUDGE KOELTL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program

              Plaintiff,

                                     **CERTIFICATE OF SERVICE**
                                      Civil Action No. 07-CV-6529-JGK-KNF
                                      HON. JOHN G. KOELTL

     -against-

TEODORO SHULTERBRON, Individually, and as
officer, director, shareholder and/or principal of
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,

and

THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,
                               Defendants
------------------------------------------------------------
        The undersigned certifies that on the 10th    day of October 2007 your deponent served
the following documents by Certified Mail Return Receipt Requested:

        Order to Show Cause
        Default Judgment
        Attorney Affidavit of Cost and Fees
        Plaintiff's Affidavit
        Memorandum of Law
        Statement for Judgment
        Rule 54b Statement
        Clerk Certificate of Default
        Certificate of Service

on the following:

Teodoro Shulterbron
49 Haring Street
Bergenfield, NJ 07621-2047

Think Inc.
374 E. 204th Street
Bronx, NY 10467

                                        /s/ Julie Cohen Lonstein
                                      Julie Cohen Lonstein