ECF CASE
JUDGE KOELTL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
                         Plaintiff,

    -against-

TEODORO SHULTERBRON, Individually, and as
officer, director, shareholder and/or principal of
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,

and

THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,
                         Defendants.
-----------------------------------------------------------

**ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT**
Civil Action No. 07-CV-6529-JGK-KNF
HON. JOHN G. KOELTL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2007

    Upon reading and filing the Affidavit of Plaintiff and the Attorney's Affirmation of Julie Cohen Lonstein, Esq. in support of said application and the exhibits attached thereto, let the defaulting Defendants herein show cause in Courtroom 12B of the Courthouse located at 500 Pearl Street, New York, New York on the 19 day of October 2007, at 12:00 pm in the afternoon of that day, or as soon thereafter as counsel can be heard, for an order granting the entry of default judgment against the Defendants and setting the Motion down for inquest on the appropriate amount of damages against the Defendants jointly and severally as follows:

**Against, TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR**
    1)    under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

    2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for

Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED TWENTY FIVE DOLLARS ($625.00)

and further,

**Against, THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR,**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED TWENTY FIVE DOLLARS ($625.00)

**SUFFICIENT REASON APPEARING THEREFORE,** let service of a copy of this Order and the papers upon which it was granted by serving same upon the defaulting Defendant at the following address:

Teodoro Shulterbron
49 Haring Street
Bergenfield, NJ 07621-2047

Think Inc.
374 E. 204th Street
Bronx, NY 10467

on or before October 10, 2007, at 5:00 p.m., by Certified Mail Return Receipt Requested, be deemed good and sufficient service. Opposition papers shall be filed and courtesy copies sent to chambers no later than October 17, 2007. Reply, if any, shall be filed and courtesy copies sent to chambers no later than October 18, 2007.

Dated: 10/9/07
New York

ENTER

_____
**HONORABLE JOHN G. KOELTL**
United States District Judge

If the defendants fail to respond to this Order to Show Cause, a default judgment may be entered against the defendants in which event they will have no trial. Proof of service of this Order to Show Cause shall be filed by the plaintiff by October 17, 2007. So ordered.
10/9/07