ECF CASE
JUDGE KOELTL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program
                          Plaintiff,

        -against-

TEODORO SHULTERBRON, Individually, and as
officer, director, shareholder and/or principal of
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,

and

THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,
                          Defendants.
-----------------------------------------------------------

**Order**
Civil Action No. 07-CV-6529-JGK-KNF
HON. JOHN G. KOELTL

[STAMP: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 10/19/2007]

On motion of NICHOLAS ROBERT CARTAGENA, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

**ORDERED** that the Order to Show Cause, scheduled for October 19, 2007 at 2:00 pm, be adjourned to _November 2_, 2007 at _11:00_ (am/~~pm~~); and it is further

**ORDERED** that Plaintiff's counsel serve a copy of this Order upon Defendants via ~~US Mail~~ *Federal Express and file proof of service by October 26, 2007*; and it is further

**ORDERED** that Plaintiff's counsel attempt to notify Defendants via telephone of the Adjournment.

Dated: 10/19, 2007

                                                /s/ Koeltl
                                HONORABLE JOHN G. KOELTL
                                United States District Judge