ECF CASE
JUDGE KOELTL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J&J SPORTS PRODUCTIONS, INC.**
as Broadcast Licensee of the **March 19, 2005 Morales/Pacquaio**, Program.

                          Plaintiff,

    -against-

TEODORO SHULTERBRON, Individually, and as
officer, director, shareholder and/or principal of
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,

and

THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,

                          Defendants

**AFFIDAVIT OF SERVICE BY MAIL**
Civil Action No. 07-CV-6529-JGK-KNF
HON. JOHN G. KOELTL

-----------------------------------------------------------------
STATE OF NEW YORK )
                 )ss:
COUNTY OF ULSTER )

      Edith Eubanks-Carr, being duly sworn, deposes and says:

      That your deponent is not a party to the action, is over 18 years of age and resides at Ellenville, NY 12428.

      That on the 23rd day of October 2007, your deponent served the Order to Show Cause, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the Federal Express at Ellenville, New York directed to said defendant, respectively, at said address(es), respectively mentioned below, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

      That on the 25th of October, 2007 a telephone call was made to the Defendant advising him of the new date and time for the Order to Show Cause Hearing.

TO:

Teodoro Shulterbron
49 Haring Street
Bergenfield, NJ 07621-2047

Think Inc.
374 E. 204th Street
Bronx, NY 10467

Sworn to before me
this 26th day of October, 2007

*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*

Edith Eubanks-Carr