```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF nEW YORK

J & J SPORTS PRODUCTIONS, INC.,

          Plaintiff,

        -against-

TEODORO SHULTERBRON, and THINK INC.
d/b/a THEO'S THINK INC. SPORTS a/k/a
THEO'S SPORTS BAR,

          Defendants.

07 Civ. 6529 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff's application for a default judgment against the defendants filed October 12, 2007 (Docket No. 7) is **withdrawn**. The default entered by the Clerk dated September 11, 2007 is **vacated**. The time for the defendants to move or answer is extended to **November 30, 2007**.

SO ORDERED.

Dated:    New York, New York
          November 5, 2007

                                     John G. Koeltl
                                     United States District Judge