Case 1:07-cv-06529-JGK   Document 12   Filed 12/07/2007   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.,          :

        Plaintiff,                              :

        -against-                              :

                                              ORDER
TEODORO SHULTERBRON, et al.,           :   07 Civ. 6529 (JGK)(KNF)

        Defendants.                             :
------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 12/07/07

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that:

(1) a settlement conference shall be held in the above-captioned action on March 18, 2008, at 2:30 p.m., in courtroom 20A, 500 Pearl St., New York, New York;

(2) the parties shall review the Settlement Procedures under which the conference will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six of the Procedures. The Settlement Procedures must be accessed on the Court's website at:

**http://www1.nysd.uscourts.gov/judge_info.php?id=63**; and

(3) at least seven days prior to the above-noted settlement conference, the parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the settlement conference, the parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York
       December 6, 2007

SO ORDERED:

*Kevin Nathaniel Fox* (signature)
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE