ECF CASE
JUDGE KOELTL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18, 2004
DeLaHoya/Hopkins**, Program.

                                                Plaintiff,

          -against-                     **CERTIFICATE OF SERVICE**
                                          Civil Action No. 07-CV-6529-JGK-KNF
                                          HON. JOHN G. KOELTL

TEODORO SHULTERBRON, Individually, and as
officer, director, shareholder and/or principal of
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,

and

THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR
                                          Defendants
-------------------------------------------------------------

       The undersigned certifies that on the 6th day of March 2008 your deponent served the following documents by regular mail:

       1) Request for Default
       2) Affidavit in Support of Request for Default
       3) Clerk's Certificate

on the following:

Teodoro Shulterbron
49 Haring Street
Bergenfield, NJ 07621-2047

Think Inc.
374 E. 204th Street
Bronx, NY 10467

                                                        /s/ Julie Cohen Lonstein
                                                        Julie Cohen Lonstein