# MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 3/14/08

March 5, 2008

RECEIVED
MAR 05 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

Order: 07 Civ. 6529 (JGK)KNF)

Dear Your Magistrate Fox:

Reference is made to your previous memorandum dated December 6, 2007. The memorandum was referenced to a settlement conference that will be held on March 18, 2008.

I am requesting an extension for the settlement on March 18, 2008 due to a training that I must attend for my employment. Please note that I have contacted Longstein Law office who agreed to consent with the extension.

Also, please note that I will send them a copy of this and previous memorandum sent to you via fax.

Your assistance in this matter would be greatly appreciated.

Respectfully yours,

Teodoro M. Shulterbron
201-647-2938

*3/14/08*
*Application granted.*
*The settlement conference will be held on March 28, 2008, at 10:30 a.m.*

**SO ORDERED:**

Hon. Kevin Nathaniel Fox
United States Magistrate Judge

MICROFILMED
MAR 17 2008 –12 00 PM

Returned to chambers for scanning on 3/20/08 AE
Scanned by chambers on 3/21/08 .