ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,
       Plaintiff,

              **PLAINTIFF'S STATUS REPORT**
 -against-         Civil Action No. 07-CV-6529-JGK-KNF

TEODORO SHULTERBRON, Individually, and as
officer, director, shareholder and/or principal of
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,
and
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,
       Defendants.
-----------------------------------------------------------------

  Plaintiff, J & J Sports Productions Inc., submits the within Status Report and respectfully advises the Court as follows:

1. On March 28, 2008, the parties attended a Settlement Conference before Magistrate Judge Fox. Defendant TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR, informed Plaintiff's counsel and the Court, that they would not settle this matter as he had already filed for Bankruptcy.

2. Defendant did not provide any proof of such filing, nor did Plaintiff receive any documentation of a bankruptcy filing.

3. On April 11, 2008, Plaintiff conducted a Pacer search of the United States Bankruptcy Court for Southern District of New York ( where business is located ) and the District of New Jersey( where defendant Shulterbron resides) in order to search for proof of any individual or corporate bankruptcy filing. No record of any filing of Bankruptcy by TEODORO SHULTERBRON or

THINK, INC. was found.

4.      On May 2, 2008 and May 13, 2008, Plaintiff again conducted a search of the US Bankruptcy Court for the Southern District of New York and the District of New Jersey in an attempt to verify that the Defendant had filed for bankruptcy, and again no bankruptcy in the name of TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR. To date, Plaintiff has not received any documentation of a bankruptcy filing by Defendants.

5.      Based on the Defendants failure to provide proof of bankruptcy being filed and Plaintiff's diligent searches via Pacer, of the Southern District of New York and District of New Jersey Bankruptcy Courts, which show that bankruptcy has not been filed, it is Plaintiff's intention to prepare and file a Motion for Default Judgment in this matter on or about May 20, 2008.

6.      The Clerk of the Court entered the Default of **TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR, and THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR,** on or about March 12, 2008, and while the Defendant Theodoro Shulterbron appeared at several conferences, no Answer has been filed for him individually or for corporate entity, Theo's Think Inc.

Dated: May 13, 2008

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein
Bar Roll No. JL8512
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277
*Our File No. 07-4-s25*

-3-

CERTIFICATE OF SERVICE

      I hereby certifies that on the 13th day of May 2008, your deponent served a copy of the foregoing document, via U.S. Mail upon the following:

Teodoro Shulterbron
100 Erie Street
Dumont, NJ 07628-3404

Think Inc.
374 E. 204th Street
Bronx, NY 10467

                                                  /s/ Julie Cohen Lonstein
                                                Julie Cohen Lonstein, Esq.