ECF CASE
JUDGE KOELTL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
                              Plaintiff,

         -against-

TEODORO SHULTERBRON, Individually, and as
officer, director, shareholder and/or principal of
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,

and

THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,
                              Defendants.
-----------------------------------------------------------

**ORDER TO SHOW CAUSE**
**FOR DEFAULT JUDGMENT**
Civil Action No. 07-CV-6529-JGK-KNF
HON. JOHN G. KOELTL

ORIGINAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2008

Upon reading and filing the Affidavit of Plaintiff and the Attorney's Affirmation of Julie Cohen Lonstein, Esq. in support of said application and the exhibits attached thereto, let the defaulting Defendants herein show cause in Courtroom 12B of the Courthouse located at 500 Pearl Street, New York, New York on the, __22__ day of _August_ 2008, at _9:30_ am/pm of that day, or as soon thereafter as counsel can be heard, for an order granting the entry of default judgment against the Defendants and setting the Motion down for inquest on the appropriate amount of damages against the Defendants jointly and severally as follows:

**Against, TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR**

    1)     under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

    2)     and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for

Defendant's willful violation of 605(a)

3)   and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of ONE THOUSAND TWO HUNDRED SEVENTY FIVE DOLLARS ($1,275.00)

and further,

**Against, THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR,**

1)   under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2)   and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)   and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of ONE THOUSAND TWO HUNDRED SEVENTY FIVE DOLLARS ($1,275.00)

**SUFFICIENT REASON APPEARING THEREFORE,** let service of a copy of this Order and the papers upon which it was granted by serving same upon the defaulting Defendant at the following address:

Teodoro Shulterbron
100 Erie Street
Dumont, NJ 07628-3404

Think Inc.
374 E. 204th Street
Bronx, NY 10467

on or before August 4, 2008, at 5:00 p.m., by Certified Mail Return Receipt Requested, be deemed good and sufficient service. Opposition papers shall be filed and courtesy copies sent to chambers no later than August 18, 2008. Reply, if any, shall be filed and courtesy copies sent to chambers no later than August 20, 2008.

**Defendants are advised that failure to respond to the Order to Show Cause will be grounds for Default Judgment entered against them, in which event Defendants will have to trial.**

Dated: 7/31/08
New York

ENTER

_____
**HONORABLE JOHN G. KOELTL**
United States District Judge

The plaintiff shall proof of service of this order to show cause by August 20, 2008

**SO ORDERED.**

7/31/08

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

ECF CASE
JUDGE KOELTL

**ORIGINAL**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

      Plaintiff,

-against-

TEODORO SHULTERBRON, Individually, and as
officer, director, shareholder and/or principal of
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,

and

THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR
      Defendants.
-----------------------------------------------------------

**CLERK'S CERTIFICATE**
Civil Action No. 07-CV-6529-JGK-KNF
HON. JOHN G. KOELTL

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicates that the Defendants, **TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR, and THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR,** were served with a copy of the Complaint and Summons on August 7, 2007 and August 8, 2007; while the Court extended the time to Answer to November 30, 2007, no Answer has been filed.

I further certify that the docket entries indicate that **TEODORO SHULTERBRON, Individually, and as officer, director, shareholder and/or principal of THINK INC. d/b/a THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR, and THINK INC. d/b/a**

**THEO'S THINK INC. SPORTS a/k/a THEO'S SPORTS BAR** have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated:            , New York

      March 4, 0_____2008               J. MICHAEL McMAHON
                                                Clerk

                                    By:_____
                                                Deputy Clerk