ECF CASE
JUDGE KOELTL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program

           Plaintiff,

    -against-

TEODORO SHULTERBRON, Individually, and as
officer, director, shareholder and/or principal of
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,

and

THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,
                      Defendants

**CERTIFICATE OF SERVICE**
Civil Action No. 07-CV-6529-JGK-KNF
HON. JOHN G. KOELTL

---------------------------------------------------------------
      The undersigned certifies that on the 4th day of August 2008 your deponent served the following documents by Certified Mail Return Receipt Requested:

    Order to Show Cause for Default Judgment
    including the papers upon which it was granted

on the following:

Teodoro Shulterbron
100 Eric Street
Dumont, NJ 07628-3404

Think Inc.
374 E. 204th Street
Bronx, NY 10467

                                      /s/ Julie Cohen Lonstein
                                      Julie Cohen Lonstein