UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&J SPORTS PRODUCTIONS, INC.,

               Plaintiff,

    - against -

TEODORO SHULTERBRON, ET AL.,

               Defendants.

---

07 Civ. 6529 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff having advised the Court that the defendant has filed a petition for bankruptcy protection, this case is stayed. The plaintiff should advise the Court by **August 18, 2008** why the case should not be dismissed without prejudice to renewal sixty (60) days after the conclusion of the bankruptcy proceeding.

SO ORDERED.

Dated: New York, New York
       August 8, 2008

                              John G. Koeltl
                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08