ECF CASE
JUDGE KOELTL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
                        Plaintiff,

   -against-

TEODORO SHULTERBRON, Individually, and as
officer, director, shareholder and/or principal of
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,

and

THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,
                        Defendants.
-------------------------------------------------------------

**NOTICE OF DISMISSAL**
Civil Action No. 07-CV-6529-JGK-KNF
HON. JOHN G. KOELTL

      Pursuant to the Court's Order to Show Cause, ECF. Doc. No. 16, J & J Sports Productions, Inc.,  Plaintiff in the above entitled action, with no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: August 15, 2008
       Ellenville, New York

                                          By: /s/ Julie Cohen Lonstein
                                          Julie Cohen Lonstein, Esq.
                                          Lonstein Law Office, P.C.
                                          Attorneys for Plaintiff
                                          1 Terrace Hill; PO Box 351
                                          Ellenville, NY 12428

Telephone:  845-647-8500
Facsimile:  845-647-6277

**SO ORDERED** this ____day of August, 2008

_____
**HONORABLE JOHN G. KOELTL**
**United States District Judge**