ECF CASE
JUDGE KOELTL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
                       Plaintiff,

    -against-

TEODORO SHULTERBRON, Individually, and as
officer, director, shareholder and/or principal of
THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,

and

THINK INC. d/b/a THEO'S THINK INC. SPORTS
a/k/a THEO'S SPORTS BAR,
                       Defendants.
-------------------------------------------------------------

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/26/08

**NOTICE OF DISMISSAL**
Civil Action No. 07-CV-6529-JGK-KNF
HON. JOHN G. KOELTL

Pursuant to the Court's Order to Show Cause, ECF. Doc. No. 16, J & J Sports Productions, Inc., Plaintiff in the above entitled action, with no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: August 15, 2008
       Ellenville, New York

So ordered.
/s/ JG Koeltl
USDJ
8/25/08

By: /s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428

Telephone: 845-647-8500
Facsimile: 845-647-6277

SO ORDERED this ___ day of August, 2008

_____
**HONORABLE JOHN G. KOELTL**
**United States District Judge**